IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05-CR-544 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| | ) | |
| v. | ) | |
| | ) | (18 U.S.C. § 4285) |
| MARGARET A. GIBSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

You are hereby authorized and directed to furnish the above named defendant, MARGARET A. GIBSON, with transportation from Oakland, California to Sacramento, California, and a return trip to Oakland, in connection with her initial appearance in the United States District Court for the Eastern District of California on **Thursday, January 12, 2006 at 10:00 a.m.**

This order is based on 18 U.S.C. § 4285 and defense counsel's representation that defendant is unable to pay her own transportation

1  to and from court.  The costs hereby ordered are subject to
2  reimbursement if defendant does not submit for review by the
3  undersigned, within seven (7) days of the filed date of this order, a
4  sworn affidavit confirming her inability to pay for transportation.
5  IT IS SO ORDERED.
6  Dated:  January 9, 2006.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```