IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 05-544-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| MARGARET A. GIBSON, | ) | TO 18 U.S.C. § 4285 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

  This is to authorize and direct you to furnish the above named defendant, MARGARET A. GIBSON, with transportation from Sacramento, California to Oakland, California after her Judgment & Sentencing in the United States District Court for the Eastern District of California on **Thursday, March 9, 2006 at 10:00 a.m.**

  This order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE