**FILED**

November 29, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.  2:05-cr-544 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Margaret Gibson, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   Margaret Gibson   Case  2:05-cr-544 KJM

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

**FILED**

NOV 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

___    Release on Personal Recognizance

___    Bail Posted in the Sum of _____

___    Unsecured bond in the amount of

___    Appearance Bond with 10% Deposit

___    Appearance Bond secured by Real Property

___    Corporate Surety Bail Bond

  X    (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on  11/29/07     at  10:17 a.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge