UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:05-cr-544 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Margaret Gibson, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Margaret Gibson   Case 2:05-cr-544 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured bond in the amount of

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    X   (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 7/24/08     at  10:30a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge