UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CRIMINAL ORDER



FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA            2:05CR00544-01
         v.
Margaret Gibson

It is the Judgment of the Court that Probation heretofore granted on March 9, 2006, for a period of sixty (60) months is modified to include the following special condition:

1.  The defendant shall reside at the Comprehensive Sanction Center, Turning Point, under a public law placement for a period of up to 120 days [18 USC 3563(b)(11); said placement shall commence as directed by the probation officer. In addition, payment of subsistence is waived in this case. Furthermore, the defendant shall not discharge from the program unless given permission from the director of the program and/or the United States Probation Officer.

Dated: 7/24/08

Kimberly J. Mueller
United States Magistrate Judge